**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLAUDE FLEURIMOND,**

        **Plaintiff,**

-vs-                                             **Case No. 6:08-cv-675-Orl-22KRS**

**ALL STARS SERVICES, LLC and AVIS BUDGET GROUP, INC.,**

        **Defendants.**

_____

**ORDER**

This cause is before the Court on the Stipulation Regarding Settlement (Doc. No. 12) filed on June 20, 2008.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed with prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed June 26, 2008 (Doc. No. 13) is ADOPTED and CONFIRMED and made a part of this Order.

2.    The case is DISMISSED WITH PREJUDICE.

3.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 15, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge